### 19550. ADAMS *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial is based on the general grounds only; the verdict rendered was authorized by the evidence and approved by the trial judge; and this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error. *J. A. Drake, solicitor,* contra.

### 19551. HARPER *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the motion for a new trial contained the usual general grounds only. It follows that the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error. *J. A. Drake, solicitor,* contra.

### 19552. LONG *v.* THE STATE.

LUKE, J. There being evidence that after shooting a snake with a pistol, at a place that was not his home or place of business, the defendant put the pistol in his bosom and immediately drove off in a buggy; and there being no evidence, or contention, that he had any license to carry a pistol, this court can not say that his conviction of carrying a pistol without a license was unauthorized by the evidence. It follows that the court did not err in overruling the motion for a new trial, based solely upon the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error. *J. A. Drake, solicitor,* contra.